IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN WALKER,

        Plaintiff,                    No. 2:12-cv-2574 EFB P

        vs.

SOLANO COUNTY SHERIFF MEDICAL STAFF,

        Defendant.               ORDER

        Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

////

////

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court
2 the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3 the amount in the account exceeds $10, until the filing fee is paid. *Id.*
4  The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in
5 forma pauperis application upon the Sheriff of Solano County, Attention: Inmate Trust Account,
6 500 Union Avenue, Fairfield, California, 94533, and (2) deliver a copy of this order to the
7 Clerk's financial division.
8  So ordered.
9 Dated: May 7, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE